JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WAYNE TORRISI, | Case No.: 2:10-cv-01975-GHK-AN |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL |
| UNITED COLLECTIONS BUREAU, INC., | |
| Defendant. | |

Based on Plaintiff's Voluntary Dismissal and pursuant to and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice~~, with both parties to bear their own fees and costs.~~

**IT IS SO ORDERED.**

Dated: 5/21/10

_____
The Honorable Judge George H. King
United States District Judge

1

[Proposed] Order